# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:                                                      Chapter 7
                                                            Case No. 10-56550
Anita Louise Burnski                                        Honorable Thomas J. Tucker

    Debtor
_____/

**ORDER FOR RELIEF FROM AUTOMATIC STAY AS TO NATIONAL DEFAULT SERVICING CORPORATION, AS SERVICING AGENT FOR U.S. BANK, N.A.**

    Movant, National Default Servicing Corporation, by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 14139 Sherman Avenue, Warren, MI 48089, and the Court being in receipt of the Motion and the Court being fully advised in the premises:

    IT IS ORDERED that:

    1) The Automatic Stay of 11 U.S.C. §362(a) is terminated effective upon entry of this Order as to the interest of National Default Servicing Corporation and U.S. Bank, N.A. in said real estate.

    2) National Default Servicing Corporation and U.S. Bank, N.A. and its successors and assigns are free to pursue its state court remedies with respect to its interest in the subject property.

    3) The provisions of the Fed. R. Bankr.P. 4001(a)(3) are waived and the Order shall be in full force and effect upon entry.

    4) All communications including, but not limited to, notices required by state law, sent by Creditor in connection with proceeding against the property may be sent directly to the Debtor.

    5) This order shall be binding and effective despite any conversions of this Bankruptcy case to a case under any other chapter of Title 11 of the U.S. Bankruptcy Code.

.

**Signed on August 24, 2010**

                                                                     /s/ Thomas J. Tucker
                                                                     Thomas J. Tucker
                                                                       United States Bankruptcy Judge